# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| WALTER HARRIS, | CASE NO. 1:18 CV 569 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. |  |
| CUYAHOGA COUNTY SHERIFF, | MEMORANDUM OPINION AND ORDER |
| Defendant. |  |

This matter comes before the Court upon Plaintiff Water Harris' Motion for Post-Judgment 42 U.S.C. §1983 Civil Rights Complaint, and Motion to Relate Back to Timely Filed 42 U.S.C. §1983 Complaint and/or Reopen. (ECF #6, 7). The arguments presented by the Mr. Harris do not provide any basis for relief under Fed. R. Civ. Pro. 60(b), or reason to re-open the case in order to add an additional defendant. There is no information provided in the Plaintiff's post-judgment motions that was not raised and considered by the Court in the prior proceedings. He presented his legal and factual assertions to the Court in his original Complaint, and those assertions did not state a claim upon which relief could be granted. All of the facts and legal principles underlying his claims have been considered and addressed. Mr. Harris' most recent reiteration of his dissatisfaction with the result offers no relevant information that would alter that outcome. Plaintiff's motions (ECF #6, 7) are, therefore, DENIED.

_/s/ Donald C. Nugent_
DONALD C. NUGENT
United States District Judge

DATED: _June 16, 2022_